Binenstock Trust.

Argued May 24, 1967. Before BELL, C. J., MUS-
MANNO, EAGEN, O'BRIEN and ROBERTS, JJ.

*William H. S. Wells,* with him *John R. Suria,* and *Saul, Ewing, Remick & Saul,* for appellant.

*Philip Price,* with him *Dechert, Price & Rhoads,* for appellee.

*Irvin Stander,* for appellee, as guardian and trustee ad litem in propria persona.

OPINION PER CURIAM, June 29, 1967:

Decree affirmed. See *Wallis Estate,* 421 Pa. 104, 218 A. 2d 732 (1966); *Huffman Estate (No. 3),* 349 Pa. 59, 36 A. 2d 640 (1944).

Costs on appellant.

Mr. Justice JONES and Mr. Justice COHEN took no part in the consideration or decision of this case.